# EXHIBIT A

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
11/14/2023
CT Log Number 545150781

## Service of Process Transmittal Summary

**TO:** Laura Aznavoorian, Litigation Supervisor
Gallagher Bassett Services, Inc.
1901 S. Meyers Rd, Suite 200C
Oakbrook Terrace, IL 60181

**RE:** **Process Served in California**

**FOR:** Costco Wholesale Corporation (Domestic State: WA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Dinora Reyes and Danilo Reyes // To: Costco Wholesale Corporation |
| **CASE #:** | 23STCV22186 |
| **NATURE OF ACTION:** | Personal Injury |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 11/14/2023 at 12:36 |
| **JURISDICTION SERVED:** | California |
| **ACTION ITEMS:** | CT has purged the current log, Retain Date: 11/15/2023, Purge Date: 11/15/2023<br>Image SOP<br>Email Notification, Laura Aznavoorian laura_aznavoorian@gbtpa.com<br>Email Notification, Maureen Papier maureen_papier@gbtpa.com<br>Email Notification, Derek Snead dsnead@costco.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>866-401-8252<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, Nov 14, 2023
**Server Name:** Jim Sands

| | |
|---|---|
| Entity Served | COSTCO WHOLESALE CORPORATION |
| Case Number | 23STCV22186 |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |

3763618

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

Electronically FILED by Superior Court of California, County of Los Angeles 9/14/2023 7:50 AM David W. Slayton, Executive Officer/Clerk of Court, By D. Williams, Deputy Clerk

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
Costco Wholesale Corporation; Does 1 to 30

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
Dinora Reyes; Danilo Reyes

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
Stanley Mosk Courthouse
111 N Hill Street, Los Angeles, CA 90012

CASE NUMBER: *(Número del Caso):* 23STCV22186

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Robert Sibilia (Bar # 126979) Fax No.: (626) 240-0670
Action Lawyers, PC Phone No.: (626) 405-9292
3452 E. Foothill Blvd., Ste. 1170, Pasadena, CA 91107

DATE: *(Fecha)* 09/14/2023 Clerk, by *(Secretario)* David W. Slayton, Executive Officer/Clerk of Court D. Williams , Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]



**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: **Costco Wholesale Corp**

under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☐ by personal delivery on *(date)*:

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
Robert Sibilia (State Bar # 126979)
Action Lawyers, PC
3452 E. Foothill Blvd., Ste. 1170
Pasadena, CA 91107
TELEPHONE NO: (626)405-9292 FAX NO. *(Optional)*: (626) 240-0670
E-MAIL ADDRESS *(Optional)*: robert@actionlawyer.com
ATTORNEY FOR *(Name)*: Dinora Reyes; Danilo Reyes, Plaintiff

FOR COURT USE ONLY

Electronically FILED by Superior Court of California, County of Los Angeles 9/14/2023 7:50 AM David W. Slayton, Executive Officer/Clerk of Court, By D. Williams, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: Dinora Reyes and Danilo Reyes

DEFENDANT: Costco Wholesale Corporation

[X] DOES 1 TO 30

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

[ ] **AMENDED *(Number)*:**

**Type *(check all that apply)*:**

[ ] **MOTOR VEHICLE** [X] **OTHER *(specify)***: Premises Liability
[ ] **Property Damage** [ ] **Wrongful Death**
[X] **Personal Injury** [ ] **Other Damages *(specify)*:**

**Jurisdiction *(check all that apply)*:**

[ ] **ACTION IS A LIMITED CIVIL CASE**
**Amount demanded** [ ] **does not exceed $10,000**
[ ] **exceeds $10,000, but does not exceed $25,000**
[X] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
[ ] **ACTION IS RECLASSIFIED by this amended complaint**
[ ] **from limited to unlimited**
[ ] **from unlimited to limited**

CASE NUMBER:
23STCV22186

1. **Plaintiff** *(name or names)*: Dinora Reyes and Danilo Reyes
alleges causes of action against **defendant** *(name or names)*: Costco Wholesale Corporation

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4

3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

4. [ ] Plaintiff *(name)*:
is doing business under the fictitious name *(specify)*:

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. [X] **except** defendant *(name)*: Costco Wholesale Corporation
   (1) [ ] a business organization, form unknown
   (2) [X] a corporation
   (3) [ ] an unincorporated entity *(describe)*:
   (4) [ ] a public entity *(describe)*:
   (5) [ ] other *(specify)*:

b. [ ] **except** defendant *(name)*:
   (1) [ ] a business organization, form unknown
   (2) [ ] a corporation
   (3) [ ] an unincorporated entity *(describe)*:
   (4) [ ] a public entity *(describe)*:
   (5) [ ] other *(specify)*:

c. [ ] **except** defendant *(name)*:
   (1) [ ] a business organization, form unknown
   (2) [ ] a corporation
   (3) [ ] an unincorporated entity *(describe)*:
   (4) [ ] a public entity *(describe)*:
   (5) [ ] other *(specify)*:

d. [ ] **except** defendant *(name)*:
   (1) [ ] a business organization, form unknown
   (2) [ ] a corporation
   (3) [ ] an unincorporated entity *(describe)*:
   (4) [ ] a public entity *(describe)*:
   (5) [ ] other *(specify)*:

[X] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [X] Doe defendants *(specify Doe numbers)*: 1-15 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [X] Doe defendants *(specify Doe numbers)*: 16-30 are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. [ ] at least one defendant now resides in its jurisdictional area.
   b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
   d. [ ] other *(specify)*:

9. [ ] Plaintiff is required to comply with a claims statute, **and**
   a. [ ] has complied with applicable claims statutes, **or**
   b. [ ] is excused from complying because *(specify)*:



*LexisNexis® Automated California Judicial Council Forms*

PLD-PI-001

| SHORT TITLE: Reyes v. Costco | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. [ ] Motor Vehicle
    b. [ ] General Negligence
    c. [ ] Intentional Tort
    d. [ ] Products Liability
    e. [X] Premises Liability
    f. [ ] Other *(specify)*:

11. Plaintiff has suffered
    a. [X] wage loss
    b. [X] loss of use of property
    c. [X] hospital and medical expenses
    d. [X] general damage
    e. [X] property damage
    f. [X] loss of earning capacity
    g. [ ] other damage *(specify)*:

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [ ] listed in Attachment 12.
    b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [X] compensatory damages
       (2) [ ] punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) [X] according to proof
       (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: September 11, 2023

Robert Sibilia
(TYPE OR PRINT NAME)

▶ Robert Sibilia
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(4)

| SHORT TITLE: Reyes v. Costco | CASE NUMBER: |
|---|---|

FIRST (number) **CAUSE OF ACTION—Premises Liability** Page 4

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):*

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* September 27, 2021 plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*

While at the Costco Wholesale Corporation premises located at 2901 Los Feliz Blvd., Los Angeles, California plaintiff slipped and fell on a slippery substance, believed to be water, which was on the floor of a heavily travelled area. Prior to the fall, this dangerous condition was observable by defendant's employees and was either known by, should have been known by or was created by defendant's employees or agents. No warning of the dangerous condition was given.

Prem.L-2. [X] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):* Costco Wholesale Corporation

[X] Does 16 to 25

Prem.L-3. [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

[ ] Does ______ to ______

Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4. [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

[ ] Does ______ to ______

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.

b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):* Costco Wholesale Corporation

[X] Does 1 to 15

b. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are

[ ] described in attachment Prem.L-5.b [X] as follows *(names):* At the time Plaintiff Dinora Reyes suffered injury due to the negligent conduct of Defendant Costco Wholesale Corporation, as stated above, Plaintiffs Dinora Reyes and Plaintiff Danilo Reyes were lawfully married. As a result, Plaintiff Danilo Reyes suffered loss of consortium, including, but not limited to, loss of support, service, love, affection, society, companionship, sexual relations and solace.