Sevan Gobel, Esq. (SBN: 221768)
sgobel@lbbklaw.com
LAGASSE BRANCH BELL + KINKEAD LLP
707 Wilshire Blvd., Suite 3225
Los Angeles, CA 90017
Telephone: (213) 817-9152
Facsimile: (213) 817-9154

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINORA REYES and DANILO REYES,<br><br>Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01521-WLH-JC<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFFS' COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiffs, DINORA REYES and DANILO REYES, (hereinafter "Plaintiffs") and Defendant, COSTCO WHOLESALE CORPORATION (hereinafter "Costco"), through their designated counsel of record, that defendant Costco be dismissed from the above-captioned action **with prejudice** pursuant to *Federal Rule of Civil Procedure* 41(a)(1) with defendant Costco and Plaintiff to bear their own costs to date.

-1-
STIPULATION OF DISMISSAL OF
PLAINTIFFS' COMPLAINT WITH PREJUDICE

1      IT IS HEREBY FURTHER STIPULATED by and between Plaintiffs and
2 Costco through their designated counsel of record that the entire above-captioned
3 action be dismissed **with prejudice** pursuant to *Federal Rule of Civil Procedure*
4 41(a)(1) with defendant Costco and Plaintiffs to bear their own costs to date.

7 Dated: April 16, 2025        ACTION LAWYERS, PC

9                              By: *Robert Sibilia*
10                                 Robert Sibilia, Esq.
                                   Attorneys for Plaintiffs
11                                 DINORA REYES and DANILO REYES

14 Dated: April 17, 2025        LAGASSE BRANCH BELL + KINKEAD LLP

16                              By: _____
17                                 Sevan Gobel, Esq.
                                   Attorneys for Defendant
18                                 COSTCO WHOLESALE CORPORATION

-2-
STIPULATION OF DISMISSAL OF
PLAINTIFFS' COMPLAINT WITH PREJUDICE