UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINORA REYES and DANILO REYES,<br><br>Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No.  2:24-cv-01521-WLH-JC<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL [17]** |

    Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiffs, DINORA REYES and DANILO REYES, and defendant COSTCO WHOLESALE CORPORATION.

    IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated:  April 21, 2025

                                        HON. WESLEY L. HSU<br>
                                        UNITED STATES DISTRICT JUDGE